FILED - USDC -NH
2024 NOV 7 AM 11:22

United States District Court
District of New Hampshire

Josephine Amatucci
v.
Town of Wolfeboro, ETAL     Case 24-cv-00284-SM-TSM

Addendum To Summary Judgment

Also Please add as a matter of a conflict of interest in this case, it is noted that the Town of Wolfeboro in Deliberate Indifference hired two criminals as Police Chiefs, of the Town, they hired the Former Police Chief Dean Rondeau, and the Former Police Chief Stuart Chase, when the Town knew all along that Dean Rondeau had in the past falsely accused the Plaintiff of a violation, a traffic violation, and had contacted the DMV to have her re-evaluated, re-tested, for the sole purpose of having my licence to drive revoked, when Dean Rondeau falsely claimed to the DMV that I was driving "Erratically" at the State Park in Wolfeboro, and should be re-evaluated, when the truth was that at that time, I was in Massachusetts, I could show to the DMV a deposit I made in a bank in Massachusetts at the same time I was suppose to be driving erratically in Wolfeboro according to Rondeau. I did not have to be re-examined.

And although the Town knew of Rondeau's criminal conduct, they still hired him in—Deliberate Indifference.

And regarding former Police Chief Stuart Chase, the Town knew he was forced to retire as Police Chief or be prosecuted, in Danvers, Mass. for incarcerating a woman when she accused one of his Police Officer's of misconduct— he acted "In Retaliation," yet the Town hired corrupt Stuart Chase to be our Police Chief in

        Deliberate Indifference

Respectfully

Josephine Amatucci

November 6, 2024

C. Town of Wolfeboro

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896

MANCHESTER NH 030
6 NOV 2024 PM 2 L

United States District Court
District of N.H.
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301