Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896

FILED - USDC -NH
2024 DEC 4 PM 1:29

United States District Court
District of New Hampshire
Office of The Clerk
55 Pleasant St.
Room 110
Concord, New Hampshire 03301