FILED - USDC -NH
2024 DEC 5 PM12:38
**9203**

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Town of Wolfeboro, Selectmen, Town Manager          Case 24-cv-00284-SM-TSM

### AMENDED COMPLAINT

### FROM NUMBER 9194

1.    In this amended complaint the Plaintiff is NOT asking for a ....."Summary Judgment,

Judgment as a Matter of Law"..... ruling by the Court, INSTEAD she is asking that the Court

follow the basic procedure when one files a new civil case, where after receiving her

Complaint (which is before the Court) that the Court proceeds with the procedure and

motion practice under the LAW to  (1) that the Court will give the case  a case number,

(which the Court has already done so, under the above case number);  (2) that the Plaintiff

she files a Summons form, which the Plaintiff already has done so and the Court has received

it; and  (3) the defendants are  SERVED; by the Court and (4) the defendants file a RESPONSE

to the Court, and then a hearing is held if there is an objection to the Plaintiffs

..........."DELIBERATE INDIFFERENCE"......... LAWSUIT, against the defendants,

a lawsuit which is allowed when there is a violation of the Federal Constitution.

Where under Federal law, the LAW OF THE LAND, no local procedures of the court

1

can ....OVERRIDE....the Plaintiffs right to a Federal Constitutional claim  for  damages

under  a  DELIBERATE INDIFFERNCE LAWSUIT,  with the evidence as submitted by the

Plaintiff.  Evidence beyond any reasonable doubt.

 WHEREFORE:   This Court will move forward in this case/LAWSUIT  and  FOLLOW THE
PROCEDURE/START OF A NEW CIVIL CASE,   WHERE THE CLERK SENDS A COPY OF THE  LAWSUIT
COMPLAINT TO THE DEFENDANTS AND WHERE THE DEFENDANTS WILL RESPOND TO THE
DELIBERATE INDIFFERENCE ACTION.  That this case proceeds without delay due to the age of
the Plaintiff which is 86 years old,  where the law recommends a speedy trial for the elderly.

Respectuflly,

Josephine Amatucci

November 29, 2024

c.  Town of Wofleboro

*Josephine Amatucci*

2

From: JOSEPHINE AMATUCE
P. O. Box 272
WOLFEBORO FALLS, N.H. 03896

Retail

U.S. POSTAGE PAID
FCM LG ENV
WOLFEBORO FALLS
NH 03896
DEC 03, 2024
**$3.71**

03301

S2324K500786-57

RDC 99

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
OFFICE OF THE CLERK
55 PLEASANT STREET
ROOM 110
CONCORD, NEW HAMPSHIRE 03301