UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Josephine Amatucci</u>

    v.                                            Case No. 24-cv-284-SM

<u>Town of Wolfeboro, NH, et al</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the following:

1. Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated November 21, 2024; and

2. Supplemental Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated December 10, 2024.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

Steven J. McAuliffe
United States District Judge

Date: January 2, 2025

cc:   Josephine Amatucci, pro se