```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

    v.                                                     Case No. 24-cv-284-SM

Town of Wolfeboro, NH, et al

## JUDGMENT

Judgment is hereby entered in accordance with the Order by Judge Steven J. McAuliffe dated January 2, 2025, approving the Report and Recommendation by Magistrate Judge Talesha L. Saint-Marc dated November 21, 2024 and the Supplemental Report & Recommendation by Magistrate Judge Talesha L. Saint-Marc dated December 10, 2024.

                                                            By the Court:

                                                            /s/ Daniel J. Lynch
                                                            Daniel J. Lynch
                                                            Clerk of Court

Date: January 3, 2025

cc:   Josephine Amatucci, pro se