9225

FILED - USDC -NH
2025 JAN 21 PM 12:07

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Selectmen, individually, Town Manager Pineo

Individually, and Town of Wolfeboro OFFICIALLY         Case 24-cv-284-SM-TSM

CLAIMS INCLUDED THE THE PLAINTIFF'S SECTION 1983 CLAIMS

UNDER DELIBERATE INDIFFERENCE

VIOLATIONS

UNREASONABLE SEIZURES OF POLICE

THE 14TH AMENDMENT VIOLATION OF EQUAL PROTECTION

VIOLATIONS OF THE EIGHT AMENDMENT PROHIBITION

CRUEL AND UNUSUAL PUNISHMENT

VIOLATIONS OF A PROTECTED SPEECH

GUARANTEED BY THE FIRST AMENDMENT

CHARACTER ASSASSINATION

1. These claims are all included in the Plaintiff's 1983 Claims, under..... DELIBERATE

INDIFFERENCE...... of unconstitutional practices...... in the violation of her FEDERAL

1

CONSTITUTION CIVIL RIGHTS.

Respectfully,

Josephine Amatucci

January 17, 2025

c. Town of Wolfeboro

*Josephine Amatucci*

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896

MANCHESTER NH 030

17 JAN 2025  PM 3  L



United States District Court
District of New Hampshire
Office of The Clerk
55 Pleasant St.
Room 110
Concord, New Hampshire 03301

03301-394135