9227

FILED - USDC -NH
2025 JAN 31 PM 12:03

United States District Court
District of New Hampshire

Josephine Amatucci

v.                                             Case 24-FP-284

Town of Wolfeboro,
ET AL

## Supplemental Information

1.) Does this Court Realized Realize, Realize, that the Town Planner interferred with my Personal Liberty - that the "FORMER" PLANNER was allowed to "RUN AWAY". That Robert Houseman Pushed me to a room in the Town Hall - To CONFINE me while he had someone call the Police to come & get me and arrest me - Because I was complaining about the actions of Police Chief Chase, To the Town Officials.

2.) Does this Court KNOW that this "INTENT" of Mr. Houseman in interfering substantially with my Personal Liberty was in DELIBERATE INDIFFERANCE. A violation of my Federal Const. Rights.

3.) Does this Court Realize That Also Houseman was Guilty of Kidnapping under NH RSA 633:11(c) which states in part that the Sole Purpose of Houseman was to "Assume Control of Me Also" under Crime of "Deliberate Indifferance".

Page 1

4) "A Person is guilty of kidnapping if he knowingly confines another UNDER HIS CONTROL with the purpose to terrorize him. Regardless "Regardless, regardless of the evidence the Town elected to produce in support of that charge." It is still kidnapping.

5) See the case of Macleod 141 N.H. 429 685 A.2d at 476." Crate 141 N.H. at 492, 686 a.2d at 320.

6) It is to be noticed with the evidence before the Court that Houseman ordered an employee to call the police accusing me falsely of causing a disturbance, with the intent to have me arrested in "Deliberate Indifference" to my claims of the police Chief's threats to me when I asked Chief Chase to investigate Officer Dean Rondeau.

7) That the seriousness of Deliberate Indifference of the Town in 2014 was so serious as the Town Official, Mr. Houseman, in a failure of the Town to address police misconduct of Chief Chase and Rondeau Deliberately, Deliberately violated my 4th and F 14th Amendment Federal Constitutional Rights by "Kidnapping me."

8. Knowingly confining me - interferring with my liberty rights, in the Town Hall.

Wherefore, This Court and without delay will put this claim under Case 24-FP-284 Directly, immediately, as required under the law for an elderly person of 86 years old, will place this case before a Jury of her peers immediately as allowed under a violation of the 4th & 14 Amendments of the Law of the Land for damages as allowed under 1983 For Deliberate Indifferancey

Page 2

Respectfully,

Josephine Amatucci

January 30, 2025

C. Town of Wolfeboro

FROM: JOSEPHINE AMATO  
P.O. BOX 272  
WolfeBoro Falls, N.H. 03896



MANCHESTER NH 030  
30 JAN 2025 PM 3 L

U.S. District Court  
District of N.H.  
Office of the Clerk  
55 Pleasant St.  
Room 110  
Concord, N.H. 03301

03301-394135