FILED - USDC -NH
2025 MAR 12 PM2:23

9240

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Town of Wolfeboro, OFFICIALLY,  Selectmen Murray

and Town Manager Pineo,  Individually           Case No. 24-c-284-SM

SUPPLEMENTAL  EVIDENCE  FOR  A DELIBERATE

INDIFFERENCE LAWSUIT

1.      Accordingly,  I am attaching FURTHER EXCULPATORY EVIDENCE,  of deliberate indifference of the Town.

2.      Now, now,  now,  with all the  evidence before the Court,  your position is to get my case and wihout delay put my claims before a jury of my peers as allowed under 1983 for damages for the violations violations violations of my Federal Civil Rights by the Town Officials,  where all this evidence before the Court proves beyond a reasonable doubt,  that the Town Officials,  policymaking officials are guilty of  the crime of  Deliberate Indifference,  when  they ignored and did not Act as they should,  did not  stop the violations of the Plaintiff's  civil rights by the police,  as was their duty to do so under the law.  Under Due Process.

WHEREFORE:   Without further delay due to my age of 86 years old you will present my case to a

1

jury for damages as allowed immediately under the Sixth Amendment.

Respectfully,

Josepine Amatucci

March 10, 2025

c. Town of Wolfeboro

*Josephine Amatucci*

From: Stuart Chase [mailto:SChase@wolfeboropolice.org]
Sent: Tuesday, May 27, 2014 9:45 AM
To: David Owen
Cc: Ron Goodgame; mbalboni@metrocast.net
Subject: Amatucci

Good morning, Dave:

FYI:

As you probably know, Amatucci has claimed that I threatened her, stole personal papers from her vehicle and tampered with a video; these allegations being related to her most recent arrest. After conferring with Attorney Garry Lane and the Commissioners, I notified the NH Attorney General's office of the Amatucci claims and asked for an outside investigation. Senior Assistant AG, Jane Young, has assigned Investigator Richard Tracy to this inquiry.

Amatucci will be seeing the video of the encounter between she, Lt. Rondeau and I that preceded her arrest on May 7th. The viewing is scheduled for Thursday, May 29th. Investigator Tracy will join us at that time. He will interview Amatucci after the video disc is reviewed.

smc

*You BET DAVE OWEN, TOWN MANAGER KNEW you FALSELY ARRESTED ME FOR I CRIME you KNEW I NEVER COMMITTED. A CRIME AIDED & ABETTED BY THE TOWN PLANNER RoB HOUSEMAN.*

2

## Memorandu[m]

**To:** CHIEF
**CC:**
**From:** TRISH CLOUTIER
**Date:** 9/27/2004
**Re:** JOSEPHINE AMATUCCI (03-5-AR)

---

**WHILE YOU WERE AWAY**

FOR: Brian
DATE: 10/5  TIME: 3:00 P.M.
M: Jim Lowney
OF: 569-2528 ex. 18
PHONE: ☐ FAX ☐ MOBILE
AREA CODE  NUMBER  EXTENSION
MESSAGE: Budget & Amatucci
Gave him your direct #
SIGNED: Trish

[X] PHONED
[ ] RETURNED YOUR CALL
[X] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU

TGPS FORM 4002

---

I HAVE LOOKED EVERYWHERE THAT I CAN IMAGINE FOR THE AFFIDAVIT AND WARRANT, BUT I HAVE NOT FOUND THEM. ATTACHED ARE SOME DOCUMENTS THAT I CAME ACROSS IN MY SEARCH. JIM SUGGESTED THAT I CALL THE COURT – I DID, BUT THEY HAVE NOTHING ON THIS CASE.

IT IS AN UNDERSTATEMENT TO SAY THAT FILING IS …. I DON'T EVEN KNOW WHAT TO CALL IT, OTHER THAN SCARY.

---

Trish:
Please locate this file (03-5-AR) and copy (Aff. Davit) and (Warrant) for me

CARROLL, SS                                                                    SUPERIOR COURT

*NOT A STALKING ORDER*                    *O'Brien*

STATE OF NEW HAMPSHIRE

212-2003-EQ-0080-0081

Pauline Maloney

Vs

Josephine Amatucci

ORDER

Order in reference to the Respondent's Motion For Clarification (filed 7/26/11) in the Carroll County Superior Court. Upon review of the prior Orders in this matter, clarification is not deemed necessary. Specifically, the prior Orders were directed to remain "in full force and effect pending further Order of the Court" rather than for the finite term of Stalking Orders (see NHRSA 633:3-a, and NHRSA 173-B). The Orders are therefore by definition Restraining Orders in Equity, which was the intent of the Court.

DATE: 8/17/11                                                    _____
                                                                 Hon. James D. O'Neill

UNITED STATES DISTRICT COURT

Josephine Amatucci

v.

Stuart Chase, et al.

1:17-CV-00237-JL

# UNDER SEAL
# FOR IN CAMERA REVIEW
# BY THE COURT ONLY –
# NOT FOR RELEASE TO THE PUBLIC

Documents provided by the Wolfeboro Town Manager's Office, per Section 3(B) of Court's order dated 8/1/18

*Deliberate Indifference*

In response to Ms. Amaturcci request I want to point out.

- That Ms. Amatucci has been filing lawsuits and bringing charges against the Town and its Police Department for over a decade;

- That all of her lawsuits have been dismissed as lacking any merit (except for one recently filed suit which is still pending but subject to the Town's Motion to Dismiss);

- That she recently demanded that the New Hampshire Attorney General's Office prosecute members of the Wolfeboro Police Department and the Wakefield Police Department and that the Attorney General's Office reviewed the allegations and found that they did not create a reasonable suspicion of illegal conduct which warranted any further investigation;

- That the Selectmen have carefully considered all of the allegations and evidence submitted by Ms. Amatucci over the years, including the affidavit submitted by her on February 4, 2015, and find that there is no reasonable basis for concluding that Chief Chase or any other member of the Wolfeboro Police Department engaged in unlawful conduct; and

- That therefore the Selectmen decline to conduct any further investigation of Chief Chase or any other member of the Wolfeboro Police Department concerning Ms. Amatucci's allegations, and decline to ask an outside agency to do so.

*DELIBERATE INDIFFERENCE* [handwritten]

NORMAN BOLDUC (1-21-1932)
61 Lawrence Street
Danvers, MA 01923
978-774-2833

and his sister

PAULINE MALONEY 04-10-1935)
P.O. Box 622
Wolfeboro Falls, NH 03896
569-6272

in the lobby of the Wolfeboro Police Department in regards to a violation of a Stalking order by

JOSEPHINE AMATUCCI (9-27-1938)
350 Governor Wentworth Highway
Wolfeboro, NH 03894
569-2429.

MALONEY told me that on November 12, 2003, she and AMATUCCI went before JUDGE JAMES O'NEIL at the Superior Court in Ossipee in regards to a hearing on a Stalking Order. The order that was effective on November 12, 2003, stated in paragraph 1 the following:

> "That the parties are enjoined from having <u>any</u> contact or communication with the other respective party by <u>any</u> means or with that parties' **relatives or members of that parties' household**. <u>This Order remains in effect pending further Order of the Court.</u>" (Please see order.)

*[handwritten annotation: Not A Protective Order]*

BOLDUC received a certified mail letter and an uncertified mail letter addressed to him from AMATUCCI on November 15, 2003 at approximately 3:00 p.m. Both letters are the same exact letter. Apparently AMATUCCI was making sure the letter reached him. The letter is a clear violation of the order in that Bolduc is a "relative" of MALONEY, being the brother of MALONEY. BOLDUC owns the property directly behind the property of AMATUCCI. The reason for her writing the letter is to demand that BOLDUC pay her the sum of $1000 for two outhouses that were on his property. The outhouses were destroyed by BOLDUC on the recommendation of his homeowner's insurance company because of the fact they were on wetlands and they were unsafe.

_James O'Brien_    11/22/03
James O'Brien       Date

6. Ms. Amatucci was then transported to the House of Corrections in Ossipee for processing. I had no contact or conversation with Ms. Amatucci during the incident.

7. During the entire incident, I gave no instructions to Officer Emerson or any other law enforcement personnel to pursue Ms Amatucci or to arrest her. Officer Emerson acted in accordance with his duties and responsibilities as a patrolman, without any instructions or guidance at the time from the Police Chief. Also, I played no role in her subsequent prosecution for speeding and failure to obey police officers.

*PROSECUTION*

The above is true to the best of my knowledge, information and belief.

_____
Stuart Chase

STATE OF _New Hampshire_
COUNTY OF _Carroll_

Before me on this _24_ day of _July_, 2018, personally appeared the above-subscribed Stuart Chase, and made oath that the statements contained are true and correct to the best of his knowledge, information and belief.

_____
Notary Public/Justice of the Peace
My Commission Expires: _March 29, 2019_

BRUCE J. BURROWS, Justice of the Peace
My Commission Expires March 29, 2019

*SPEEDING IS NOT A CRIME IN NEW HAMPSHIRE.*

*"MALICIOUS PROSECUTION"*

EXHIBIT C

13240571.1

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896

UNITED STATES POSTAL SERVICE
Retail
G
US POSTAGE PAID
$5.25
Origin: 03896
03/10/25
3299300896-13

USPS GROUND ADVANTAGE®

0 Lb 2.00 Oz
RDC 01

C011

SHIP TO:
55 PLEASANT ST
CONCORD NH 03301-3954

USPS TRACKING® #
9500 1153 7887 5069 5672 79

United States District Court
District of New Hampshire
Office of The Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301