9242

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Town of Wolfeboro, et al           Case 24-fp-284

MOTION FOR A SPEEDY TRIAL

1. The evidence before this Court mandates a TRIAL of her peers, for the violations of the Plaintiff's Federal Constitutional Rights by the Town of Wolfeboro policymakers, Under a Deliberate Indifference claim under 1983, for which this case is entirely based.

2. That although the Plaintiff has submitted evidence of many Acts of Indifference by the Town, the most outstanding claim which establishes her right to damages against the Town is the incidence that occurred in the Town Hall, DIRECTLY involving Rob Houseman the Town Planner, a policymaking individual, for his acts which are those of the municipality, which occurred when the Plaintiff had gone to the Town Hall, to file a complaint against Police Chief Stuart Chase who had just assaulted her in the police station, in retaliation for her accusing police officer Dean Rondeau of unlawfully contacting the DMV to have her re-examined by falsely accusing her of a crime HE KNEW she never committed.

3. In the Town Hall she spoke to the Town Manager's Secretary as the Town Manager was absent that day, and when the Plaintiff finished telling her story about Chase, and was about to leave the secretary's office, Rob Houseman who was taking the Town Manager's place that day, appeared. Houseman stopped her from leaving the Town Hall by grabbing her by the arm and dragging her to a room in the Town Hall, and closed the door,

1

IMPRISONING her, while he ordered an employee to call the police to accuse her of causing a disturbance in the Town Hall, with the intent of having her arrested. A deliberate indifference act. In retaliation for her complaining about the police chief.

4. Where in the the case of Pembaur v. City of Cincinnati, the ....."UNITED STATES SUPREME COURT"......established that municipalities can be held even for a SINGLE DECISION that is improperly made. Citing acts of the muncipality itself, where Rob Houseman as the Town Planner, is a policymaking official of the Town, who ordered my INCARCERATION, and as a member of the municipality itself, his acts make the municipality responsible for his actions. A viable claim under Deliberate Indifferance, making the Town of Wolfeboro liable under 1983, when Houseman violated the Plaintiff's constitutional rights, by unlawfully imprisoning her in a room in the Town Hall, and by accusing her of causing a disturbance in the town hall for the simple reason to have her incarcerated for complaining about police chief chase.

5. Where the direct Act of Houseman to have her arrested, was the causal effect of her unlawful chase and arrest by Police Chief Stuart Chase, when he followed her to the Sheriff's Dept. when he knew she was going there to file a Complaint against him, where he accused her of speeding, and had her maliciously prosecuted for speeding, where the udge at a trial that was held, found the Plaintiff NOT GUILTY. And where speeding is not a crime in New Hampshire. That these chain of events, were the causal effect of the Town Planners crime of deliberate indifference to the Plaintiff. In retaliation for her complaining about the police chief.

6. That the Town's Actions against the Plaintiff was in violation of her Fourth Amendment rights, in violation of her LIBERTY RIGHTS, in violation of her First Amendment Rights to Freedom of Speech. Under Deliberate Indifference. Of actions where the Municipality is ....."actually responsible". Even for an action that is taken only .. ONCE.

That the Town of Wolfeboro is liable under 1983.

7. It is to be noted that Rob Houseman and Anne Marble, the Town's Manager's Secretary, Anne Marble, of whom the Plaintiff spoke too, WERE FIRED.

8. See the newspaper article attached, for a claim of DEFAMATION OF CHARACTER.

WHEREFORE: The Plaintiff is asking for a SPEEDY TRIAL as allowed under the Sixth Amendment due to her age. A speedy trial for a 1983 claim against the Town for the crime of Deliberate Indifferenc of the Town where the Town Planner a final decisionmaker for the Town, and in Deliberate Indiffence refused to defend her against the violations of her civil rights by the police. Besides, many other instances of the Town where under Deliberate Indifference they closed their eyes to the continuous violations of her civil rights by the police over the years, starting in 2002, and especially when they recently hired two different Police Chief's of whom they knew were criminals. Were guilty of crimes against the Plaintiff, of violating her Civil Rights, namely Police Chief Stuart Chase and Police Chief Dean Rondeau who were forced to step down or be fired.

Respectfully,

Josephine Amatucci

March 12, 2025

c. Town of Wolfeboro

*Josephine Amatucci*

3

*[handwritten at top left: "But she ignored me"]*

A6   THE GRANITE STATE NEWS, Thursday, May 29, 2014

# Amatucci arrested after disturbances at police station and town hall

**BY THOMAS BEELER**
Editor

WOLFEBORO — Josephine Amatucci made a request during public comment at the May 21 Wolfeboro Board of Selectmen meeting, asking that Tax Collector Brenda LaPointe and Town Planner Rob Houseman give written statements about what happened during an incident at Town Hall on Wednesday, May 7.

The board did not respond to these requests.

Contacted the day after the meeting. Town Manager Dave Owen said that he was out of the office at a conference that day, but his assistant Anne Marble reported that Amatucci had come to complain about something and began yelling at Marble. Hearing the commotion, staff called the police and Houseman came over to escort Amatucci to the meeting room in the building. She tried to get past him to return to Owen's office but he blocked her. She then left the building, saying she was going to the county sheriff's office.

Owen supplied a report from Police Chief Stuart Chase written the afternoon of the incident. In it Chase said he had responded on Monday, May 5, to a Right to Know request by Amatucci on parking and traffic violations in Wolfeboro. On May 7 at 12:30 p.m. Amatucci appeared at the Public Safety Building and "immediately demanded I change certain wording in the response I had provided. . . she would not listen to my explanation and angrily demand to see the 'files.'" Amatucci began yelling and refused to leave despite three requests, so Chase escorted her to the door.

A short while later, employees called from Town Hall and reported Amatucci was creating a disturbance. Office Shane Emerson attempted to stop Amatucci as she drove away from Town Hall but she ignored his flashing lights and drove out toward Ossipee on Center Street. At the Pork Hill Road intersection she was stopped by two Carroll County Sheriff deputies, who had to restrain her. Emerson took her to the county jail where she was booked "on speed and disobeying an office charges," according to Chase.

*[handwritten right margin: "Not a crime"]*

Amatucci has filed several suits in both Superior and federal court against the town to protest her 2003 arrest that was made by Officers Charles Hamilton and James O'Brien following complaints by a neighbor. All but the most recent filing have been dismissed, and it is not expected to succeed.

On May 7, 2014 at 12:45 p m Josphine Amatucci came in through the billing and collections office. I spoke to Ms. Amatucci by saying "Hi Ms. Amatucci. How are you today? She responded by saying "Not very good, Honey." She then proceeded to go out back toward the Town Manager's office. I could hear Ms. Amatucci speaking loudly with an unpleasant tone. Pete Chamberlain then came through to head to get Rob Houseman. Rob then came through with Ms. Amatucci and brought her into the court room. The conversation escalated quickly with Mr. Houseman ultimately saying that she could not go into speak to Anne Marble and blocked her from doing so. When Ms. Amatucci attempted to push by Mr. Houseman we called the Wolfeboro Police Department. While awaiting the police Ms. Amatucci told Mr. Houseman that she was going to go talk to the Sherriff and quickly took off.

*Kathy Ferland* (signature)
Kathy Ferland

Welcome guest, you have 3 views left. | Register | Sign In

**PUBLIC RECORDS - FREE SEARCH**

| First Name | Last Name | SEARCH |

*Granite State News*

**Home » NH Angle**

October 23, 2014 1:02PM

## Woman demands Wolfeboro selectmen investigate allegation she was assaulted by by town planner

Source: http://goo.gl/mC0h6l

Josephine Amatucci submitted a copy of a letter to the board demanding an investigation of an incident at Town Hall on May 7 where she claimed that Town Planner Rob Houseman assaulted her and was guilty of "false imprisonment."

CLICK TO VIEW THE SOURCE MATERIAL





## Comments

To improve the chance of seeing your comment posted here or published in the New Hampshire Union Leader:

- Identify yourself. Accounts using fake or incomplete names are suspended regardless of the quality of posts.
- Say something new, stay on topic, keep it short.
- Links to outside URLs are discouraged, if used they should be on topic.
- Avoid comments in bad taste, write well, avoid using all capital letters
- Don't cite facts about individuals or businesses without providing a means to verify the claim
- If you see an objectionable comment please click the "Report Abuse" button and be sure to tell us why.

Note: Comments are the opinion of the respective poster and not of the publisher.

Be the first to comment.

You must sign in before you can post comments. If you are experiencing issues with your account please e-mail abuse@unionleader.com.

### LATEST NEW HAMPSHIRE ANGLE

An aggregation of NH information by the staff and audience of the New Hampshire Union Leader, The Goffstown News, The Bedford Bulletin, The Hooksett Banner and The Salem Observer. Share a news link or start a discussion.

| Courts/Oversight | General News |
|---|---|
| Ex-Wall Street executive wants 2 trials in fatal crash fearing dead fetus will anger jurors | **Missing Seabrook girl's bedroom window found 'wide open'** Her mother woke up at 4 a.m. to find Maddie's bedroom window 'wide open' and the girl was nowhere to be found, the newspaper reported. |
| Olson sentencing for fraud delayed again | **Medal of Honor winner lived in a NH cave for two years to avoid ungrateful public** . He actually lived in a cave in New Hampshire for two years to escape a society he put his life on the line for, but could not understand. |

**New Hampshire Events Calendar**

search [ ] All categories

» SHARE EVENTS FOR PUBLICATION, IT'S FREE!

A&E   Family   Outdoors   More

**Arts and Entertainment**

New Art Theatre: In the Shadow of Salem. Manchester, today

Bach's Lunch: Folk Concert with Keith Murphy, Becky Tracy, and David Surette, Concord, today

Joseph and the Amazing Technicolor Dreamcoat. Bedford, today

The Musical Comedy Murders of 1940. Kingston, today

Folk Music of the Civil War Era. Londonderry, today

PSU Jazz Ensemble and Combo, Plymouth, today

Proof, Keene, today

All Shook Up. Manchester, today

Mark Shilansky, jazz piano, Durham, today

In the Next Room (or the vibrator play). Hanover, today

SUBMIT AN EVENT

H -

Exhibit H

To Whom It May Concern:

On or about 12:40 PM on May 7, 2014 Josephine Amatucci came in the office looking to speak with the Board of Selectmen. She told me that the Police Chief had threatened her and she feared for her life. Something had to be done about the Chief. I tried to explain to her that the Board of Selectmen could not help her as the Police Department is under the Police Commission and I told her just like the Library personnel is under the Library Board of Trustees. She started yelling and said that the Chief is an employee of the Town and that she needed to speak with the Board of Selectmen. At this time she was in no mood to listen and asked me to call the Board of Selectmen. I told her the Board of Selectmen were not in Town. She asked where they were and I told her that they were in court in Concord. At that time Rob Houseman came in the office and got her to go with him.

Anne C. Marble
Anne C. Marble

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896




Retail

03301

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
WOLFEBORO FALLS
NH 03896
MAR 14, 2025
**$1.77**
S2324K500781-01

United States District Court
District of N.H.
Office of The Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

FIRST CLASS