9245

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW HAMPSHRE

Josephine Amatucci

v.

Town of Wolfeboro, Selectmen,

Town Manager.

### JURISDICTION

1.    This acion is brought pursuant to 42 U.S.C.1983

### PARTIES

2.    The Town of Wolfeboro,  OFFICIALLY

3.    Selectmen,  Individually

4.    Town Managers

### COMPLAINT  INTRODUCTION

5.    Just in case the Town claims this case under Civil case 24-284-SM was dismissed

and by doing so they are refusing to  adjudicate, rule on  the  Plaintiff's  Federal

Constitutional claims,  under Deliberate Indifference,  then this will be considered a new

COMPLAINT with a new number,  a COMPLAINT THAT WAS NEVER RULED ON UNDER

a violation by the defendants above, of  a DELIBERATE INDIFFERNCE CLAIM,  especially

under the  Acts of Town Planner Rob Houseman,  a policymaking official, where even

under Houseman's  ONE ACT,  one unlawful act against the Plaintiff,  according to the

Court ruling,  the town is  laible for the violation of her  Federal constitutional rights.

1

*X6  oF  12  Page*

under the case of Pembaur v. City of Cincinnati.

6.      Please attach to this top page 9245 to the PLAINTIFF'S CLAIM OF DELIBERATE

INDIFFERENCE   under number 9244 in the left hand corner,   IF the court refuses will not

allow her Complaint under 9244.  Where whatever Case number this Court allows,  under

24-284 and this new case number they might give this case, the Court will admit the evidence

attached as to her DELIBERATE INDIFFERENCE CLAIM against the above parties.

Respectfully,

Josephine Amatucci

March 18,  2025

c. Town of Wolfeboro

*Josephine Amatucci*

2

*17 oF 12 PAGES*

8 OF 12 PAGES

# GRANITE STATE NEWS

JUNE 30, 2016    ESTABLISHED 1859    WOLFEBORO, N.H. GRANITESTATENEWS.COM

STATE INDEPENDENCE DAY FEST MONDAY

# Rob Houseman resigns as

FIRED

# olfeboro's planning directo

*become director of planning in Hanover in Septemb*

Planning & Development Rob Houseman notified members of the planning board by email that he

"I have decided it is time for me to resign as the Director of Planning Development and I

wanted to inform before you heard the street," he wor was not an easy deci and I will miss the cated and hard wor volunteers and emp as I have had the portunity for work over the last 30

*H.*

*EXHIBIT H*

To Whom It May Concern:

On or about 12:40 PM on May 7, 2014 Josephine Amatucci came in the office looking to speak with the Board of Selectmen. She told me that the Police Chief had threatened her and she feared for her life. Something had to be done about the Chief. I tried to explain to her that the Board of Selectmen could not help her as the Police Department is under the Police Commission and I told her just like the Library personnel is under the Library Board of Trustees. She started yelling and said that the Chief is an employee of the Town and that she needed to speak with the Board of Selectmen. At this time she was in no mood to listen and asked me to call the Board of Selectmen. I told her the Board of Selectmen were not in Town. She asked where they were and I told her that they were in court in Concord. At that time Rob Houseman came in the office and got her to go with him.

*Anne C. Marble*
Anne C. Marble

*9 OF 12 PAGES*

spoke to Ms. Amatucci by saying "Hi Ms. Amatucci. How are you today? She responded by saying "Not very good, Honey." She then proceeded to go out back toward the Town Manager's office. I could hear Ms. Amatucci speaking loudly with an unpleasant tone. Pete Chamberlain then came through to head to get Rob Houseman. Rob then came through with Ms. Amatucci and brought her into the court room. The conversation escalated quickly with Mr. Houseman ultimately saying that she could not go into speak to Anne Marble and blocked her from doing so. When Ms. Amatucci attempted to push by Mr. Houseman we called the Wolfeboro Police Department. While awaiting the police Ms. Amatucci told Mr. Houseman that she was going to go talk to the Sherriff and quickly took off.

Kathy Ferland

**Kathy Ferland**

*10 OF 12 PAGES*

PUBLIC RECORDS - FREE SEARCH

| First Name | Last Name |

*GRANITE STATE NEWS*

SEARCH

## Home » NH Angle

October 23, 2014 1:02PM

# Woman demands Wolfeboro selectmen investigate allegation she was assaulted by by town planner

Source: http://goo.gl/sCbM9

Josephine Amatucci submitted a copy of a letter to the board demanding an investigation of an incident at Town Hall on May 7 where she claimed that Town Planner Rob Houseman assaulted her and was guilty of "false imprisonment."

CLICK TO VIEW THE SOURCE MATERIAL



OUR GOURMET

Eating their way through NH, one restaurant at a time.

.com

up to 70% OFF COATS

## Comments

To improve the chance of seeing your comment posted here or published in the New Hampshire Union Leader:

- Identify yourself. Accounts using fake or incomplete names are suspended regardless of the quality of posts.
- Say something new, stay on topic, keep it short.
- Links to outside URLs are discouraged, if used they should be on topic.
- Avoid comments in bad taste, write well, avoid using all capital letters
- Don't cite facts about individuals or businesses without providing a means to verify the claim
- If you see an objectionable comment please click the "Report Abuse" button and be sure to tell us why.

Note: Comments are the opinion of the respective poster and not of the publisher.

Be the first to comment.

You must sign in before you can post comments. If you are experiencing issues with your account please e-mail abuse@unionleader.com

### LATEST NEW HAMPSHIRE ANGLE

An aggregation of NH information by the staff and audience of the New Hampshire Union Leader, The Goffstown News, The Bedford Bulletin, The Hooksett Banner and The Salem Observer. Share a news tidbit or start a discussion.

**Courts/Oversight**

**General News**

Ex-Wall Street executive wants 2 trials in fatal crash fearing dead fetus will anger jurors

**Missing Seabrook girl's bedroom window found 'wide open'**

Her mother woke up at 4 a.m. to find Maddie's bedroom window 'wide open' and the girl was nowhere to be found, the newspaper reported.

**Medal of Honor winner lived in a NH cave for two years to avoid ungrateful public**

Olson sentencing for fraud delayed again

. He actually lived in a cave in New Hampshire for two years to escape a society he put his life on the line for, but could not understand.

New Hampshire Events Calendar

| search | | All categories ▼ |

» SHARE EVENTS FOR PUBLICATION, IT'S FREE!

A&E    Family    Outdoors    More

Arts and Entertainment

New Art Theatre: In the Shadow of Salem. Manchester, today

Bach's Lunch: Folk Concert with Keith Murphy, Becky Tracy, and David Surette, Concord, today

Joseph and the Amazing Technicolor Dreamcoat, Bedford, today

The Musical Comedy Murders of 1940, Wolfeboro, today

Folk Music of the Civil War Era, Londonderry, today

PSU Jazz Ensemble and Combo, Plymouth, today

Proof, Keene, today

All Shook Up, Manchester, today

Mark Shilansky, jazz piano, Durham, today

In the Next Room (or the vibrator play), Hanover, today

SUBMIT AN EVENT

*11 OF 12 PAGES*



WIKIPEDIA
The Free Encyclopedia

# *Pembaur v. City of Cincinnati*

*Pembaur v. City of Cincinnati*, 475 U.S. 469 (1986), is a United States Supreme Court case that clarified a previous case, *Monell v. Department of Social Services* (1978), and established that municipalities can be held liable even for a ~~single decision~~ that is improperly made.

**RoB Housman Act**

## Background

A physician and owner of a medical clinic in Cincinnati, Ohio was indicted for fraud regarding welfare payments from state agencies. As part of the trial, subpoenas were issued for two clinic employees. The employees failed to appear in court, and warrants were issued for their arrest. Two county deputies went to the clinic to serve the warrants, but the doctor and another employee barred the entrance. Cincinnati officers arrived and attempted to persuade the doctor to open the door.

**Pembaur v. Cincinnati**



**Supreme Court of the United States**

Argued December 2, 1985
Decided March 25, 1986

| | |
|---|---|
| Full case name | *Pembaur v. City of Cincinnati* |
| Citations | 475 U.S. 469 (https://supreme.justia.com/us/475/469/case.html) (*more*) |
| | 106 S. Ct. 1292; 89 L. Ed. 2d 452 |

**Holding**

Following the "official policy" standard set forth in *Monell* establishing municipal liability under 42 U.S.C. §1983, municipal liability may be imposed for a single decision by municipal policymakers under appropriate circumstances; if the decision to adopt a particular course of action is directed by those who establish governmental policy, the municipality is equally responsible whether that action is to be taken only once or repeatedly.

**Court membership**

**Chief Justice**
Warren E. Burger

**Associate Justices**
William J. Brennan Jr. · Byron White
Thurgood Marshall · Harry Blackmun
Lewis F. Powell Jr. · William Rehnquist
John P. Stevens · Sandra Day O'Connor

**Case opinions**

**Majority**

*12 OF 12 PAGES*